IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF IDAHO

| | |
|---|---|
| DAVID SCOTT LOPEZ,<br>    Plaintiff,<br><br>v.<br><br>ADAMS PUBLISHING GROUP, LLC,<br>d/b/a THE POST REGISTER;<br>ADAMS COMMUNICATIONS<br>COMPANY, LLC; APG MEDIA OF<br>THE ROCKIES, LLC d/b/a THE<br>POST REGISTER,<br>    Defendants. | Case No. 4:21-cv-00028-BLW |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of the parties, by and through counsel, having announced to this Honorable Court that all matters in controversy have been fully resolved between the parties, the parties agree that this case should be dismissed with full prejudice as to the refiling of this action and as to any and all actions which have arisen to date out of, or by virtue of, the Plaintiff David Scott Lopez's employment with the Defendant, Adams Publishing Group, LLC, d/b/a The Post Register; Adams Communications Company LLC; and/or APG Media of the Rockies, LLC d/b/a The Post Register, and/or the cessation thereof.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this case shall be and hereby is dismissed with full prejudice as to the refiling of same. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all parties shall pay their respective costs and attorneys' fees associated with this action.

DATED: September 9, 2022

_____
B. Lynn Winmill
United States District Judge